# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

| | |
|---|---|
| GREGORY PAUL VIOLETTE,<br><br>                     Plaintiff<br><br>v.<br><br>CAPITAL ONE BANK (USA), N.A.,<br><br>                     Defendants. | Case No. 1:20-cv-00472-GZS |

## **DEFENDANT'S NOTICE OF NO STATE COURT RECORD**

Pursuant to this Court's Procedural Order of December 22, 2020, in the above-captioned action, the defendant informs this Court that there is no state court record available to be filed herein due to the plaintiff's failure to file the complaint and summons for the action that he initiated pursuant to Me. R.C.P. 3.

Dated: December 22, 2020

By:    */s/ David S. Sherman, Jr.*
       David S. Sherman, Jr., Esquire
       Drummond Woodsum
       84 Marginal Way, Suite 600
       Portland, ME 04101-2480
       T: (207) 253-0519
       F: (207) 772-3627
       E: DSherman@dwmlaw.com

*Of Counsel*
Andrew K. Stutzman, Esquire
Christopher A. Reese, Esquire
Stradley Ronon Stevens & Young, LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103
T: (215) 564-8000
F: (215) 564-8120
E: astutzman@stradley.com
    creese@stradley.com
*Attorneys for Defendant, Capital One Bank (USA), N.A.*

## **CERTIFICATE OF SERVICE**

I, David S. Sherman, Jr., hereby certify that on December 22, 2020, I caused the foregoing Notice of No State Court Record to be filed with the Clerk of Court using the CM-ECF filing system, and to be served by first class mail upon the following:

Gregory Paul Violette
21 Summer Street
Madison, Maine 04950

Gregory Paul Violette
RRM Philadelphia
Residential Reentry Office
2nd and Chestnut Street – 7th Floor
Philadelphia, PA 19106

*/s/ David S. Sherman, Jr.*
David S. Sherman